UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WESTFIELD CLUB,
        Plaintiff,

Case No. 1:07-cv-671

-v-

HONORABLE PAUL L. MALONEY

DINA DOMINIQUE,
        Defendant.

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS THE NOTICE OF REMOVAL

Before this Court is Plaintiff's Motion to Dismiss the Notice of Removal. (Dkt. No. 7). The underlying action was a complaint for eviction for failure to pay rent. Defendant filed a notice of removal. Plaintiff filed a motion to dismiss for lack of jurisdiction and requested an award of attorney fees. An opinion supporting this order has been contemporaneously filed.

Plaintiff's Motion to Dismiss (Dkt. No. 7) is **GRANTED.** Defendant's notice of removal is dismissed and the action is remanded to the Eaton County District Court under 28 U.S.C. § 1447(c). Plaintiff's request for attorney fees incurred in opposing the motion is also **GRANTED** under 28 U.S.C. § 1447(c). Plaintiff shall submit its proposed Attorney Fees within 14 days of this Order. Defendant shall have 14 days to file objections thereto. Thereafter, the Court will issue its Order. Defendant's Motion for Appointment of Counsel (Dkt. No. 4) is **DISMISSED** as moot.

        **IT IS SO ORDERED.**

Date:   October 1, 2007                    /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge